No. 84–32.   GOOLSBY *v.* NORFOLK & WESTERN RAILWAY CO. C. A. 4th Cir.   Certiorari denied.

No. 84–33.   MANNING, COMMISSIONER, DEPARTMENT OF HUMAN RESOURCES OF CONNECTICUT *v.* NELSON ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–34.   BARGER ET AL. *v.* PLAYBOY ENTERPRISES, INC. C. A. 9th Cir.   Certiorari denied.

No. 84–36.   COCHRAN *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 84–42.   MASINEXPORTIMPORT ET AL. *v.* S & S MACHINERY CO.   C. A. 2d Cir.   Certiorari denied.

No. 84–44.   SAGONA *v.* AVCO FINANCIAL SERVICES OF LOUISIANA, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–45.   MOE ET AL. *v.* AVIONS MARCEL DASSAULT-BREGUET AVIATION ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 84–46.   TYSON *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 11th Cir.   Certiorari denied.

No. 84–51.   FLAV-O-RICH, INC. *v.* NORTH CAROLINA MILK COMMISSION ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–52.   JARRELL *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–53.   UNIVERSITY OF NEW MEXICO ET AL. *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 84–54.   HIBBS ET UX. *v.* JEEP CORP.   Ct. App. Mo., Western Dist.   Certiorari denied.